JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINZIE GENE NOORDMAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, Secretary,<br>California Department of<br>Corrections and Rehabilitation,<br><br>　　　　Respondent. | Case No. ED CV 09-0409 JFW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: June 25, 2012

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1